# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THEODORE BURR,** | ) | |
| | ) | **8:09CV307** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **CHRIS LEGROW, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Jeremy Jorgenson (Filing No. 14) to withdraw as counsel for the plaintiff, Theodore Burr. The movant states he has been unsuccessful in his attempts to contact the plaintiff regarding this case. The court afforded Mr. Burr an opportunity to respond to the motion and/or obtain substitute counsel. The plaintiff did not respond to the motion and no substitute counsel has entered an appearance. Under the circumstances, the movant has shown good cause to withdraw from his representation of the plaintiff. Upon consideration,

**IT IS ORDERED:**

1. Jeremy Jorgenson's motion to withdraw (Filing No. 14) is granted.

2. Theodore Burr is hereby considered proceeding *pro se* and counsel for the defendants may communicate with the plaintiff directly regarding this case.

3. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

4. The Clerk of Court shall send a copy of this order to the plaintiff at his last known address:

> Theodore Burr
> 5001 N. 27th Street
> Omaha, NE 68111

DATED this 15th day of December, 2009.

> BY THE COURT:
>
> s/Thomas D. Thalken
> United States Magistrate Judge