IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THEODORE BURR, | ) | 8:09CV307 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHRIS LEGROW, Omaha Police | ) | |
| Department Detective, In his Individual | ) | |
| and Official Capacity, and MATTHEW | ) | |
| M. KUHSE, Douglas County Deputy | ) | |
| County Attorney, In his Individual and | ) | |
| Official Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Stipulation of Dismissal. (Filing No. 20.) The parties have stipulated and agreed to dismissal with prejudice. The court accepts the Joint Stipulation.

IT IS THEREFORE ORDERED that:

1. In accordance with the parties' Joint Stipulation of Dismissal, this matter is dismissed with prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 20th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.